UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CR 05-201 |
| ) | |
| TRYONE JACKSON, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**ORDER OF COURT**

The Defendant's Arraignment is now scheduled for **July 27, 2005 at 10:30 a.m.** in United States Post Office and Courthouse, Courtroom 5335, 5th floor, Pittsburgh, Pennsylvania, before the Magistrate Judge Lenihan.


July 20, 2005                     S/Francis X. Caiazza
                                  Francis X. Caiazza
                                  United States Magistrate Judge


cc:
AUSA- Todd Eberle
PTS
U.S. Marshal - Denny Lydon
James Brink, Esq.